IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| KENNETH ADERHOLT et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT et al.,<br><br>    Defendants. | Civ. No. 7:15-CV-000162-O |

## DEFENDANTS' MOTION FOR DISMISSAL OF TEXAS'S AMENDED COMPLAINT

Defendants Bureau of Land Management ("BLM"); Neil Kornze, Director, BLM; United States Department of the Interior; S.M.R. Jewell, Secretary of the Interior; and United States of America ("Defendants"), move this Court under Rules 12(b)(1), 12(b)(6), 12(b)(7) of the Federal Rules of Civil Procedure to dismiss the Amended Complaint (ECF No. 70) of Intervenor, Texas, for lack of subject matter jurisdiction, failure to state a claim upon which relief can be granted, and failure to join an indispensable party. For the reasons stated in Defendants' Brief in Support of Their Motion to Dismiss, filed herewith in accordance with Local Rules 7.1 and 7.2, Defendants respectfully request that the Court grant Defendants' Motion to Dismiss and dismiss Texas's Amended Complaint.

Respectfully submitted this 27th day of May, 2016,

                                          JOHN C. CRUDEN
                                          Assistant Attorney General

                                          JOHN R. PARKER
                                          United States Attorney

/s/ Jason A. Hill
ROMNEY S. PHILPOTT, CO Bar #35112
JASON A. HILL, DC Bar #477543
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, Suite 370
Denver, CO 80202
Telephone:  (303) 844-1810 (Philpott)
 (202) 514-1024 (Hill)
Facsimile:  (303) 844-1350 (Philpott)
 (202) 305-0506 (Hill)
E-mail: romney.philpott@usdoj.gov
 jason.hill@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I, Jason A. Hill, hereby certify that on May 27, 2016, I caused the foregoing to be served upon the following counsel of record through the Court's electronic service system:

Robert Henneke – rhenneke@texaspolicy.com
Megan M. Neal -- megan.neal@texasattorneygeneral.gov
Ken K. Slavin – kslavin@kempsmith.com
Joel Stonedale – jstonedale@texaspolicy.com
Leigh Thompson – lthompson@texaspolicy.com
Chance Weldon – cweldon@texaspolicy.com

 s/Jason A. Hill
 JASON A. HILL