IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| KENNETH ADERHOLT et al., | |
| Plaintiffs, | |
| v. | Civ. No. 7:15-CV-000162-O |
| BUREAU OF LAND MANAGEMENT et al., | |
| Defendants. | |

**JOINT STATUS REPORT**

Plaintiffs Kenneth Aderholt, Patrick Canan, Kevin Hunter, Ronald Jackson, William Lalk, Kenneth and Barbara Patton, Jimmy Smith, Wilbarger County, Texas, Wichita County, Texas, and Clay County, Texas, and Kenneth Lemons, in his official capacity as Sheriff of Clay County, Texas ("Plaintiffs"); Plaintiff-Intervenor George P. Bush, in his official capacity of Commissioner of the Texas General Land Office ("GLO"); and Defendants Bureau of Land Management ("BLM"); Michael D. Nedd, in his official capacity as Acting Director, BLM, the United States Department of the Interior ("Interior"), Ryan Zinke, in his official capacity as Secretary of the Interior, and the United States of America ("Defendants") (altogether the "Parties"), hereby respond to the Court's November 6, 2017 Order (ECF No. 272).

In the Parties' Joint Motion to Approve the Settlement Agreement ("Motion"), ECF No. 271, the Parties inadvertently excluded plaintiffs Lalk and Smith from the body of the Motion and the proposed order, as well as from the stipulated motion to dismiss (and proposed order) attached to the Parties' Settlement Agreement. The Parties hereby clarify that these documents were intended to include plaintiffs Lalk and Smith. The Parties have corrected this omission with an Amended Joint Motion to Approve the Settlement Agreement and revised proposed

Joint Status Report

1

order filed contemporaneously with this Report.

  Respectfully submitted this 7th day of November, 2017,

| On behalf of Plaintiffs: | On behalf of Defendants: |
|---|---|
| s/Robert Henneke | s/Romney S. Philpott |
| Robert Henneke | Romney Philpott |
| General Counsel | U.S. Department of Justice |
| Texas Public Policy Foundation | 999 18th St., Suite 370 |
| 901 Congress Avenue | Denver, CO 80202 |
| Austin, Texas 78701 | |

On behalf of Texas General Land Office:

s/Deborah C. Trejo
Deborah C. Trejo
Kemp Smith LLP
919 Congress Ave.
Suite 1305
Austin, TX  78701

# CERTIFICATE OF SERVICE

  I, Romney S. Philpott, hereby certify that on November 7, 2017, I caused the foregoing to be served upon the following counsel of record through the Court's electronic service system:

Bradley W Caldwell – bcaldwell@caldwellcc.com
J Austin Curry   –  acurry@caldwellcc.com
Robert Henneke – rhenneke@texaspolicy.com
Andrew Miller –drew.miller@kempsmith.com
Megan M. Neal –  megan.neal@texasattorneygeneral.gov
Ken K. Slavin – kslavin@kempsmith.com
Joel Stonedale – jstonedale@texaspolicy.com
John Franklin Summers -- jsummers@caldwellcc.com
Deborah Trejo – deborah.trejo@kempsmith.com
Leigh Ann Thompson – lthompson@texaspolicy.com
Chance Weldon – cweldon@texaspolicy.com

              s/ Romney S. Philpott
              ROMNEY PHILPOTT

Joint Status Report