IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| KENNETH ADERHOLT, et al., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civ. No. 7:15-cv-00162-O |
| § | |
| BUREAU OF LAND MANAGEMENT, § | |
| et al., § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is the Parties' Amended Joint Motion to Approve the Settlement Agreement, attached to their Motion as Exhibit A, filed November 7, 2017 (ECF No. 274).

Having reviewed the Motion and Settlement, the Court finds that the Settlement is a fair and reasonable compromise between Plaintiffs Kenneth Aderholt; Ronald Jackson; Kenneth and Barbara Patton; Patrick Canan; Kevin Hunter; Jimmy Smith; William Lalk; Wilbarger County, Texas; Wichita County, Texas; Clay County, Texas; Kenneth Lemons, in his official capacity as Sheriff of Clay County, Texas; and Plaintiff-Intervenor George P. Bush, in his official capacity of Commissioner of the Texas General Land Office ("GLO"); and Defendants Bureau of Land Management ("BLM"); Michael D. Nedd, in his official capacity as Acting Director of BLM; the United States Department of the Interior ("Interior"); Ryan Zinke, in his official capacity as Secretary of the Interior; and the United States of America. The Court accepts the Parties' representation that it is in the interests of the public, the Parties, and judicial economy to resolve the claims in this case without additional litigation.

It is therefore **ORDERED** that the Parties' Amended Joint Motion for Approval of the Settlement Agreement is hereby **GRANTED** and the Settlement Agreement is **APPROVED**.

**SO ORDERED** on this **8th day** of **November, 2017**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE