IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| KENNETH ADERHOLT et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT et al., <br><br> Defendants. | Civ. No. 7:15-CV-000162-O |

## PARTIAL WITHDRAWAL OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES AND COSTS

Plaintiffs Patrick Canan, Ronald Jackson, Kenneth Lemons, Jr., in his official capacity as Clay County Sheriff, Wichita County, Clay County, and Wilbarger County, no longer intend to seek fees, expenses, or costs in this case, and Plaintiffs, therefore, withdraw the Motion for Attorneys' Fees and Costs under Equal Access to Justice Act (ECF No. 287) as it pertains to those above-referenced Plaintiffs.

DATED: August 30, 2018

Respectfully submitted,

/s/ *Robert Henneke*
ROBERT HENNEKE
Texas State Bar No. 24046058
rhenneke@texaspolicy.com
CHANCE WELDON
Texas State Bar No. 24076767
cweldon@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
Center for the American Future
901 Congress Avenue
Austin, Texas 78701
Telephone: (512) 472-2700
Facsimile: (512) 472-2728

Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
acurry@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
jsummers@caldwellcc.com
CALDWELL CASSADY CURRY P.C.
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone:     (214) 888-4848

**ATTORNEYS FOR PLAINTIFFS KENNETH ADERHOLT; PATRICK CANAN; KEVIN HUNTER; RONALD JACKSON; WILLIAM LALK; KENNETH PATTON; BARBARA PATTON; JIMMY SMITH; KENNETH LEMONS, JR.; WICHITA COUNTY, TEXAS; CLAY COUNTY, TEXAS; AND WILBARGER COUNTY, TEXAS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 30, 2018, I caused the foregoing to be served upon the following counsel of record through the Court's electronic service system:

Bradley W Caldwell – bcaldwell@caldwellcc.com
J Austin Curry   –   acurry@caldwellcc.com
Robert Henneke – rhenneke@texaspolicy.com
Megan M. Neal –  megan.neal@texasattorneygeneral.gov
Romney S. Philpott – Romney.philpott@usdoj.gov
John Franklin Summers – jsummers@caldwellcc.com
Deborah Trejo – deborah.trejo@kempsmith.com


                                            */s/ Robert Henneke*
                                            ROBERT HENNEKE